UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                             Case No: 6:16-cr-19-Orl-41TBS

**WILLIAM JAMES LEACH**

                                                 /

**ORDER**

THIS CAUSE is before the Court on the United States' Motion for Final Order of Continuing Garnishment (Doc. 70). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 71), in which he recommends that the Court grant the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States' Motion for Final Order of Continuing Garnishment (Doc. 70) is **GRANTED**.

3. The Garnishee, New England Carpenters Benefit Fund, is directed to pay over to the United States 25% of Defendant William James Leach's pension per month, and such payment is to be applied toward the payment of the outstanding restitution judgment.

4. The payment should be made payable to "Clerk, United States District Court" and should bear the notation "William Leach, Case No. 6:16-cr-19-Orl-41TBS." The payment should be mailed to the following address:

>   Clerk, United States District Clerk
>   Attn: DCU
>   401 West Central Boulevard, Suite 1200
>   Orlando, Florida 32801

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record